UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JAMES MERRIDA, | No. C 10-886 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| COUNTY OF SOLANO; et al., | |
| Defendants. | |

Dennis James Merrida filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred in the City of Vallejo during an encounter with Vallejo police officers. Vallejo is in Solano County, within the venue of the Eastern District of California. Two of the defendants are municipalities within the Eastern District and two of the defendants are individuals employed by the municipalities and apparently reside in that district. No defendant is alleged to reside in the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: March 31, 2010

Marilyn Hall Patel
United States District Judge